## 64576. SUTTON v. BUROUSAS et al.

McMURRAY, Presiding Judge.

An appeal was taken from the superior court's dismissal of appellant's petition for certiorari to that court.

Since there was a failure to comply with the requirements of Code Ann. § 6-701.1 (Ga. L. 1979, pp. 619, 620), the appeal must be dismissed. See *Mabry v. Mabry,* 245 Ga. 512 (266 SE2d 799); *Bradfield v. Jackson,* 156 Ga. App. 81 (274 SE2d 164).

*Appeal dismissed. Banke and Birdsong, JJ., concur.*

DECIDED JULY 14, 1982.

*Norman Smith,* for appellant.
*Tommy Hankinson,* for appellees.